

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: | § | No. 08-12-00192-CR |
|  | § | Appeal from the |
|  | § | 210th District Court |
| VIKKI MACIAS | § | of El Paso County, Texas |
|  | § | (TC#20110D01993) |
|  | § |  |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time to file brief until **April 15, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **April 15, 2013.**

IT IS SO ORDERED this 8th day of March, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.